FILED

2004 MAY 21 PH 12: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JADA TOYS INC

                                        PLAINTIFF(S),

v.

MATTEL INC

                                        DEFENDANT(S).

CASE NUMBER

CV- 04-2755 RGK (FMOx)

### NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS

TO:     COUNSEL OF RECORD:

        Pursuant to Local Rule 3-1 of this court,  in all cases where  jurisdiction is invoked in  whole  or in part under 28 U.S.C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or  an original and four (4) copies of the required notice (AO 121) in copyright matters.  The required forms of notice to the Patent and Trademark and Copyright Offices are enclosed for your convenience.

        Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: New Actions, at the following address within ten (10) days:

☒ 312 N. Spring Street          ☐ 411 West Fourth St.           ☐ 3470 Twelfth Street
  Main Floor, Room G-8            Suite 1053                       Room 134
  Los Angeles, CA  90012          Santa Ana, CA 92701-4516         Riverside, CA 92501
  Phone: (213)894-2215            Phone: (714)338-4750             Phone: (909)328-4450

    If you should have any questions regarding this matter, you may contact the Intake Supervisor at the above-noted phone number.

                         CLERK, U. S. DISTRICT COURT

Dated: MAY 21, 2004                 By: D. LAZO
                                        Deputy Clerk

DOCKETED ON CM

MAY 2 4 2004

BY _____ 002

AO 120 (Rev. 2/99)

| TO: **Commissioner of Patents and Trademarks** **Washington, DC  20231** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy