MANATT, PHELPS & PHILLIPS, LLP
Jill M. Pietrini (CA Bar No. 138335)
   jpietrini@manatt.com
Jessica J. Slusser (CA Bar No. 217307)
   jslusser@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000, Facsimile:  (310) 312-4224

Attorneys for Defendant and
Counterclaimant MATTEL, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JADA TOYS, INC., a California corporation, | Case No. CV 04-2755 RGK (FMOx) |
| | **STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |
| Plaintiff and counterdefendant, | |
| v. | |
| MATTEL, INC., a Delaware corporation, | |
| Defendant and counterclaimant. | |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED by and between plaintiff and counterclaim-defendant Jada Toys, Inc. ("Jada") and Jada and counterclaimant Mattel, Inc. ("Mattel") that judgment shall be entered as follows:

A.     On April 20, 2004, Jada filed its complaint in this action against Mattel ("the Complaint").  On June 2, 2004, Mattel filed its answer and counterclaim against Jada ("the Counterclaim").

B.     Jada alleged claims against Mattel in its Complaint for trademark infringement, false designation of origin, and unfair competition relating to the use

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  of "old school" and "new school". Mattel alleged in the Counterclaim that Jada has

2  infringed Mattel's trademarks in its HOT WHEELS trademarks and HOT

3  WHEELS flame logo trademarks under the Lanham Act and the common law,

4  committed acts of false designation of origin and have violated 15 U.S.C. §

5  1125(a), committed acts of unfair competition under California statutory law and

6  the common law, has passed off Mattel's marks, and diluted the distinctive quality

7  of Mattel's trademarks under the Lanham Act and under California law.  Mattel

8  also alleged that Jada has infringed the copyrights in its HOT WHEELS flame

9  logos.  Finally, Mattel sought cancellation of the registrations of HOT RIGZ and

10  OLD SKOOL, owned by Jada.  In the Counterclaim, Mattel sought damages and

11  injunctive relief.

12     C.    Mattel uses the trademarks HOT WHEELS, HOT RODS, and HOT

13  WHEELS flame logo trademarks (collectively, "the HOT WHEELS Marks") for a

14  broad range of goods and services including toys, clothing, and other merchandise

15  and owns a number of trademark registrations and applications to register these

16  marks.  The HOT WHEELS Marks are collectively shown in **Exhibit A** hereto and

17  Mattel's marks containing HOT are collectively shown in **Exhibit B** hereto and

18  incorporated herein by reference.

19     D.    Jada made, advertised, and/or sold diecast toy vehicles bearing the

20  mark HOT RIGZ, and owns U.S. Registration No. . 2,637,124 of HOT RIGZ.

21     E.    On March 15, 2005, the Court ruled on the parties' cross-motions for

22  summary adjudication.  The Court granted Mattel's motion for summary

23  adjudication on Jada's claims in the Complaint, and dismissed Jada's Complaint.

24  The Court granted Jada's motion for summary adjudication on Mattel's claims in

25  the Counterclaim, and dismissed the Counterclaim.  Mattel timely appealed the

26  Court's order granting summary adjudication on the Counterclaim; Jada did not

27  appeal the Court's order and the Complaint stands dismissed.  On August 2, 2007,

28  and through an amended opinion on February 21, 2008, the Ninth Circuit Court of

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

1  Appeals reversed the Court's decision granting summary adjudication on the
2  Counterclaim and remanded the case to this Court for resolution of the
3  Counterclaim.

4      F.    This Court has jurisdiction over the subject matter of this case pursuant
5  to 28 U.S.C. §§ 1331, 1332(a), and 1338, and 15 U.S.C. § 1121.

6      G.    The Court enters the judgment as follows:

7          1.    <u>Assignment of HOT RIGZ Trademark and Registration</u>.  Jada
8  shall assign all of its right, title, and interest in and to the trademark
9  and registration of HOT RIGZ (Registration No. 2,637,124) in any
10  format, including any and all claims, demands, and causes of action for
11  infringement of the HOT RIGZ trademark, past, present or future, and
12  all of the proceeds from the foregoing, to Mattel.

13          2.    <u>Sell Off of HOT RIGZ Products</u>.  Jada shall be allowed a sell-
14  off period to sell off its existing HOT RIGZ products until August 1,
15  2008.  During the sell-off period, Jada shall not make, cause to be
16  made, or create any new HOT RIGZ products.

17          3.    <u>Injunction Not to Use the HOT RIGZ Trademark, the HOT</u>
18  <u>WHEELS Marks, or Any Other Marks Containing HOT, or Flame</u>
19  <u>Logos and/or Reproductions, Counterfeits, Copies, or Colorable</u>
20  <u>Imitations Thereof that are Likely to Cause Confusion, or to Cause</u>
21  <u>Mistake, or to Deceive</u>.  Except as provided in Paragraph 2, Jada, its
22  subsidiaries, parent companies, officers, agents, servants, directors,
23  employees, partners, assigns, successors, affiliated companies, and in-
24  house attorneys and all persons in active concert and participation with
25  it who receive actual notice of this Judgment by personal service or
26  otherwise, are hereby permanently restrained and enjoined from any of
27  the following:

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

a.      Manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, licensing or selling any goods or services bearing or offered under the HOT RIGZ trademark, the HOT WHEELS Marks, any mark containing the word HOT or flame logos, or any other trademark, name, design or logo that is a reproduction, counterfeit, copy, or colorable imitation of, or incorporates such marks that are likely to cause confusion, or to cause mistake, or to deceive.  Notwithstanding this Judgment:  (1) purely decorative uses of flames not resembling Mattel's HOT WHEELS flame logos or trade dress, and merely descriptive uses of the term "hot" used by Jada in its packaging, advertising or otherwise, e.g., "these cars are hot", are not prohibited by this Judgment; and (2) Jada's existing use of the name and mark ROAD RIGZ for one of Jada's product lines does not violate this Judgment and this or any of its other terms.

b.      Manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, licensing or selling any goods or services bearing or offered under the HOT RIGZ trademark, the HOT WHEELS Marks, any mark containing the word HOT or flame logos, or any other trademark, name, design or logo that is likely to cause confusion, or to cause mistake, or to deceive persons into the erroneous belief that any goods that Jada caused to enter the stream of commerce are sponsored or endorsed by Mattel, are authorized by Mattel, or are connected in some way with Mattel and/or the HOT WHEELS Marks.  Notwithstanding this Judgment:  (1) purely decorative uses of flames not resembling

Mattel's HOT WHEELS flame logos or trade dress, and merely descriptive uses of the term "hot" used by Jada in its packaging, advertising or otherwise, e.g., "these cars are hot", are not prohibited by this Judgment; and (2) Jada's existing use of the name and mark ROAD RIGZ for one of Jada's product lines does not violate this Judgment and this or any of its other terms.

c.     Seeking to register:

(1) the HOT RIGZ trademark, or any reproduction, counterfeit, copy, or colorable imitation of the HOT RIGZ trademark that is likely to cause confusion, or to cause mistake, or to deceive;

(2) the HOT WHEELS Marks in any format, or any reproduction, counterfeit, copy, or colorable imitation of the HOT RIGZ trademark that is likely to cause confusion, or to cause mistake, or to deceive; and/or

(3) any trademark, name, logo, or design containing the word HOT or flame logos.

d.     Passing off, or inducing or enabling others to sell or pass off, any products or services as genuine, licensed, or authorized Mattel products, if they are not genuine, licensed or authorized.

e.     Falsely implying Mattel's endorsement of Jada's goods or services or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Mattel and from otherwise interfering with, or injuring Mattel's trademarks or the goodwill associated therewith.

f.     Engaging in any act that dilutes the distinctive quality of the HOT WHEELS Marks, the HOT RIGZ trademark, or any

other trademark, name, design, or logo confusingly or substantially similar thereto containing the word HOT and/or that injures Mattel's business reputation.

g.    Representing or implying that Jada's or their products or services are in any way sponsored by, affiliated with, or endorsed or licensed by Mattel.

h.    Manufacturing, transporting, distributing, promoting, importing, selling, offering for sale, advertising, or publicizing any products or packaging therefor or any services bearing or offered under trademarks that include the term HOT or flame designs or logos, or any designs, packaging, or other works that are substantially similar to the copyrighted designs for, or substantially similar to, Mattel's HOT WHEELS flame logos. Purely decorative uses of flames not resembling Mattel's flame logos or trade dress, and merely descriptive uses of the term HOT by Jada, e.g., "these cars are hot", shall not be a violation of this Judgment.

i.    Knowingly assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 2(a) to (h) above.

4.    <u>Cancellation Counterclaims</u>.  Mattel's counterclaim for cancellation of U.S. Registration No. 2,637,124 of HOT RIGZ is dismissed as moot.  Mattel's counterclaim for cancellation of U.S. Registration No. 2,740,026 of "old skool" was sustained as a result of the Court's order granting Mattel's summary adjudication of the Complaint, and U.S. Registration NO. 2,740,026 was canceled on January 23, 2006 under 15 U.S.C. §1119.

5.   <u>Costs and Expenses</u>.  Each party hereto shall bear its own costs and expenses incurred in connection with this action and in the negotiation, drafting, and execution of this Judgment and the settlement agreement, and neither shall assert any claim in law or equity against the other on account of the controversy settled by this Judgment, except as otherwise provided herein or in the settlement agreement entered between the parties.

6.   <u>Violation of Judgment</u>.  In the event that any part of this Judgment is violated by Jada, its officers, agents, servants, employees, partners, representatives, and all persons in active concert and participation with Jada that receive actual notice of this Judgment, Mattel may, with proper notice, file a motion for contempt seeking damages, attorneys' fees, and/or all other appropriate relief.  The prevailing party on such a motion shall be entitled to recover all of its attorneys' fees, expert witness fees, and costs, incurred in connection with such motion.

7.   <u>Binding Effect</u>.  This Judgment shall be binding upon and inure to the benefit of the parties hereto and all successors and assigns, parent companies, officers, directors, shareholders, agents, affiliates, and all entities which are "related companies" within the meaning of 15 U.S.C. § 1055, and on all persons that receive actual notice of it by personal service or otherwise.

8.   <u>Continuing Jurisdiction</u>.  Notwithstanding any other provision herein, this Court shall retain jurisdiction to enforce this Judgment and the settlement agreement entered into by the parties.

9.   <u>Extraterritorial Effect</u>.  This Judgment shall be enforceable against Jada for any acts that violate this Judgment that occur inside and outside of the U.S.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

7

1

2   IT IS SO ORDERED.

3

4   Dated: _____          _____
                                      UNITED STATES DISTRICT JUDGE
5

6

7
        41295489.3
8       7/30/08

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
  PHILLIPS, LLP
 ATTORNEYS AT LAW
   LOS ANGELES

1   *Approved as to form and content:*

2

3   MATTEL, INC.

4   By_____                    Date: _____
          Donald B. Aiken
5         Vice President and
          Assistant General Counsel

6   JADA TOYS, INC.

7   By_____                    Date: ___7/31/08___
          May Li
8         President

9

10  MANATT, PHELPS & PHILLIPS, LLP

11  By_____                    Date: _____
          Jill M. Pietrini
12        Attorneys for Defendant and
          Counterclaimant Mattel, Inc.
13

14  SQUIRE SANDERS & DEMPSEY, LLP

15  By_____                    Date: _____
          Adam R. Fox
16        Attorneys for Plaintiff and
          Counterdefendant Jada Toys, Inc.
17

18

19

20  41295489.3

21

22

23

24

25

26

27

28

MANATT, PHELPS &
  PHILLIPS, LLP
 ATTORNEYS AT LAW
  LOS ANGELES

1    *Approved as to form and content*:

2

3    MATTEL, INC.

4    By                                        Date: 7/31/08
         Donald B. Aiken
5        Vice President and
         Assistant General Counsel
6
     JADA TOYS, INC.
7
     By                                        Date: 7/31/08
8        May Li
         President
9

10   MANATT, PHELPS & PHILLIPS, LLP

11   By                                        Date:
12       Jill M. Pietrini
         Attorneys for Defendant and
13       Counterclaimant Mattel, Inc.

14   SQUIRE SANDERS & DEMPSEY, LLP

15   By                                        Date:
16       Adam R. Fox
         Attorneys for Plaintiff and
17       Counterdefendant Jada Toys, Inc.

18

19

20   41295489.3

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

9

1   *Approved as to form and content:*

2

3   MATTEL, INC.

4   By _____   Date: __7/31/08__
       Donald B. Aiken
5      Vice President and
       Assistant General Counsel
6
    JADA TOYS, INC.
7
8   By _____   Date: __7/31/08__
       May Li
       President
9

10

    MANATT, PHELPS & PHILLIPS, LLP
11
12  By _____   Date: __7/31/08__
       Jill M. Pietrini
13     Attorneys for Defendant and
       Counterclaimant Mattel, Inc.
14

    SQUIRE SANDERS & DEMPSEY, LLP
15
16  By _____   Date: _____
       Adam R. Fox
17     Attorneys for Plaintiff and
       Counterdefendant Jada Toys, Inc.
18

19

20  41295489.3

21

22

23

24

25

26

27

28

1 | *Approved as to form and content:*

2

3 | MATTEL, INC.

4 | By_____          Date: _____
5 |     Donald B. Aiken
    Vice President and
    Assistant General Counsel

6 | JADA TOYS, INC.

7 | By_____          Date: _____
8 |     May Li
    President

9

10 | MANATT, PHELPS & PHILLIPS, LLP

11 | By_____          Date: _____
12 |     Jill M. Pietrini
    Attorneys for Defendant and
13 |     Counterclaimant Mattel, Inc.

14

15 | SQUIRE SANDERS & DEMPSEY, LLP

By _____          Date: 7/31/08
16 |     Adam R. Fox
    Attorneys for Plaintiff and
17 |     Counterdefendant Jada Toys, Inc.

18

19

20 | 41295489.3

21

22

23

24

25

26

27

28

EXHIBIT A

## Mattel's HOT WHEELS Trademarks

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| FLAMIN' HOT WHEELS | 2,863,634 | 7/13/04 | Toys, games and playthings, namely toy vehicles and accessories therefor |
| HOLIDAY HOT WHEELS | 77/206,388 | 6/14/07 | Toys, games and playthings, namely, toy vehicles and accessories therefor |
| HOT WHEELS | 843,156 | 1/30/68 | Scale model toy vehicles |
| HOT WHEELS | 907,266 | 2/2/71 | Candy |
| HOT WHEELS | 1,906,461 | 7/18/95 | Watches and clocks |
| HOT WHEELS | 2,105,646 | 10/14/97 | Clothing, namely jackets, coats, vests, sweatshirts, shirts, t-shirts, pants, belts, suspenders, ties, scarves, mittens, gloves and undergarments |
| HOT WHEELS | 2,152,705 | 4/21/98 | Providing access to interactive computer on-line services featuring games, stories and directories for toys, games and sporting goods

Prerecorded computer storytelling software, audio and video cassettes featuring games and storytelling, musical sound recordings featuring games and storytelling, audio sound recordings featuring games and storytelling and video sound recordings featuring games and storytelling, screensaver programs, CD-ROM featuring directories of toy vehicles, all for informational, educational and entertainment uses; and, merchandising kiosks for use with computer software, audio sound and video sound recordings, and the like, for informational, educational and entertainment uses

Coin-operated arcade games, prerecorded computer game cartridges, cassettes, cards, discs and programs for informational, educational and entertainment uses; electronic hand-held games; computer game joysticks, adapters, connectors and controllers for use with prerecorded computer |

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| | | | software, audio and video cassettes, CD-ROM, game cartridges, game cassettes, game cards and game discs, all for informational, educational and entertainment uses |
| HOT WHEELS | 2,782,148 | 6/24/99 | Entertainment services in the nature of automobile races and sponsorship |
| HOT WHEELS | 2,310,162 | 1/25/00 | Entertainment, educational and information services, namely, providing data and information concerning collectible toy vehicles, professional automobile racing cars, professional automobile races, and standard, custom, and classic automobiles, providing general interest stories directed toward toy vehicle collectors and enthusiasts, and providing multi-user interactive computer games, all of which are provided via a global computer network |
| HOT WHEELS | 2,438,734 | 3/27/01 | Bedding products, namely, bed sheets, bed blankets, and bed linens; afghans, towels; pot holders; cloth flags; and cloth pennants<br><br>T-shirts; tank tops; boxer shorts; jerseys; shorts; shirts; nightshirts; sweaters; vests; jackets; hats; ponchos; pullovers; sweaters; coats; ties; pants; bandannas; belts; and scarves |
| HOT WHEELS | 2,487,862 | 9/11/01 | Bathing suits, bathrobes, boots, cardigans, rain coats, night gowns, neckties, overalls, pajamas, sandals, slippers, socks, thermal underwear, turtlenecks, underwear, caps, blanket sleepers, earmuffs, sneakers, swimsuits, swim trunks, sweat shirts, sweat pants, sweat suits, shoes, sleepwear, T-shirts, tank tops, boxer shorts, jerseys, shorts, shirts, nightshirts, sweaters, vests, jackets, hats, ponchos, pullovers, coats, pants, bandannas, belts, scarves, suspenders, mittens, gloves, undergarments and headwear |
| HOT WHEELS | 2,952,050 | 5/17/05 | Metal key chains, and metal license |

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| | | | plates |
| | | | Sunglasses, computer mouse, protective helmets for bicycle riding, computer software program whose function is to provide a screen saver application that may be downloaded from a global computer network |
| | | | Pins being jewelry; watches |
| | | | Trading cards; writing instruments; stickers, posters; rubber stamps; notebooks; paper stationery; greeting cards; note cards; folders, binders; temporary tattoos; paper table cloths; paper table mats; paper table napkins; paper party decorations |
| | | | Backpacks and umbrellas |
| | | | Lunch boxes; thermal insulated beverage containers; paper plates |
| | | | Shoelaces |
| | | | Jigsaw puzzles |
| HOT WHEELS | 78/665,965 | 7/7/05 | Automobile waxes, polishes and cleaners |
| HOT WHEELS | 3,093,759 | 5/16/06 | Toilet soaps, skin soaps, liquid soaps for hands, face and body; bubble baths, hair shampoos, hair conditioners; non-medicated lip balms, sunscreens, toothpaste |
| HOT WHEELS | 3,174,666 | 11/21/06 | Bicycles |
| HOT WHEELS | 3,192,156 | 1/2/07 | Entertainment services, namely, providing online games, online contests and online product trivia about games and toys, intended for consumers of all ages |
| HOT WHEELS | 3,237,976 | 5/1/07 | Toys, games, playthings, namely, skateboards, scooters and rollerskates |
| HOT WHEELS | 3,269,448 | 7/24/07 | Toys, games and playthings, namely, toy vehicles, toy vehicle track sets, and playsets, accessories and cases for all of the foregoing; action skill games, lcd game machines, electronic hand-held |

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| | | | games; electric action toys |
| HOT WHEELS | 3,393,045 | 3/4/08 | Full line of toys |
| HOT WHEELS | 77/514,052 | 7/2/08 | GOLFING EQUIPMENT OF ALL KINDS AND ACCESSORIES THEREFOR |
| HOT WHEELS | 77/514,056 | 7/2/08 | Furniture |
| HOT WHEELS | 77/514,059 | 7/2/08 | Pet accessories |
| HOT WHEELS | 77/514,063 | 7/2/08 | Pet clothing |
| HOT WHEELS | 77/514,075 | 7/2/08 | Toy vehicle paint; vehicle paint |
| HOT WHEELS | 77/518,457 | 7/9/08 | Vehicle wheel rims |
| HOT WHEELS & Design  | 884,563 | 1/20/70 | Toy miniature automobiles and accessories therefor, comprising of a track, buildings, race sets, a power drive unit, and carrying case |
| HOT WHEELS ATOMIX | 2,949,538 | 5/10/05 | Toys, games and playthings, namely, toy vehicles and accessories therefor; toy vehicle playsets and accessories therefor |
| HOT WHEELS ENTERTAINMENT | 2,995,758 | 9/13/05 | Education and entertainment services, namely, production and distribution of video, film and television programs |
| HOT WHEELS FACTORY | 3,166,154 | 10/31/06 | Entertainment services via a global computer network web site featuring games, product trivia, activities and educational and entertainment product information intended for consumers of all ages |
| HOT WHEELS FACTORY | 3,216,291 | 3/6/07 | Entertainment services, namely, providing an online computer game |
| HOT WHEELS HIGHWAY 35 & Design | 2,926,613 | 2/15/05 | Toys, games and playthings, namely, toy vehicles and accessories therefor, toy vehicle track sets and accessories therefor |

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| HOT WHEELS HIGHWAY 35 (design) | | | |
| HOT WHEELS MATTEL & Design | 1,810,905 | 12/14/93 | Toy vehicle and racesets; namely, launcher, tracks, building structures, and accessories therefor |
| HOT WHEELS MATTEL & Design | 1,961,774 | 3/12/96 | Clothing, namely T-shirts |
| HOT WHEELS MATTEL & Design | 2,152,706 | 4/21/98 | Prerecorded computer storytelling software, audio and video cassettes featuring games and storytelling, musical sound recordings featuring games and storytelling, audio sound recordings featuring games and storytelling and video sound recordings featuring games and storytelling, screensaver programs, CD-ROM featuring directories of toy vehicles, all for informational, educational and entertainment uses; and, merchandising kiosks for use with computer software, audio sound and video sound recordings, and the like, for informational, educational and entertainment uses<br><br>Coin-operated arcade games, prerecorded computer game cartridges, cassettes, cards, discs and programs for informational, educational and entertainment uses; electronic hand-held games; computer game joysticks, adapters, connectors and controllers for use with prerecorded computer software, audio and video cassettes, CD-ROM, game cartridges, game cassettes, |

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| | | | game cards and game discs, all for informational, educational and entertainment uses<br><br>Providing access to interactive computer on-line services featuring games, stories and directories for toy, games and sporting goods |
| HOT WHEELS MONSTER TRUCK SMASHDOWN | 77/075,463 | 1/3/07 | Entertainment services, namely, providing a computer game that may be accessed and played via interactive television, broadband, satellite and cable television networks |
| HOT WHEELS R & Design<br> | 3,230,873 | 4/17/07 | Toys, games and playthings, namely, toy vehicles, toy vehicle track sets, toy vehicle playsets and accessories for all of the foregoing |
| PLANET HOT WHEELS | 2,814,044 | 2/10/04 | Entertainment services, namely, providing online games, online contests and online product trivia about games and toys, intended for consumers of all ages |

41295550.2

# EXHIBIT B

**Mattel's HOT Trademarks**

| MARK | SERIAL/REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| HOLIDAY HOT RODS | 78/894,412 | 5/26/06 | Toys, games and playthings, namely, toy vehicles and accessories therefor |
| HOT BIRD | 3,313,461 | 10/16/07 | Toys, games and playthings, namely, toy vehicles and accessories therefor |
| HOT BUCKET | 78/755,069 | 11/16/05 | Toys, games and playthings, namely, toy vehicles, toy vehicle playsets, toy vehicle track sets, and accessories for all of the foregoing |
| HOT CURVES | 3,251,153 | 6/12/07 | Toys, games and playthings, namely, toy vehicles, toy vehicle playsets, toy vehicle track sets, and accessories for all of the foregoing |
| HOT ROD ROCK | 3,448,003 | 6/17/08 | Entertainment services, namely, providing online games |
| HOT RODS | 2,242,325 | 5/4/99 | Activity toys, namely, snap together construction toys |
| HOT RYDE | 2,968,166 | 6/12/05 | Toys, games and playthings, namely, toy vehicles and accessories therefor |
| HOT SEAT | 2,287,008 | 10/19/99 | Toy vehicles and accessories therefor |
| HOT STRIP | 78/844,414 | 3/23/06 | Toys, games and playthings, namely toy vehicles, toy vehicle playsets, toy vehicle track sets, and accessories for all of the foregoing |
| HOT TUB | 3,336,539 | 11/13/07 | Toys, games and playthings, namely, toy vehicles and accessories therefor |
| HOT TUNERZ | 2,919,725 | 1/18/05 | Toys, games, playthings, namely, toy vehicles and accessories therefor; toy vehicle playsets and accessories therefor |
| HOTTEST ON THE TRACK | Common law mark | Common law mark | Toy vehicles and accessories therefore |
| RED HOT | 78/437,400 | 6/17/04 | Toys, games and playthings, namely, toy vehicles and accessories therefor |

1

| MARK | SERIAL/ REG. NO. | APP./REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| ULTRA HOTS | 3,214,871 | 3/6/07 | Toys, games and playthings, namely, toy vehicles and accessories therefor |

41296045.1